JONATHAN MEDLEY *v.* COMMISSIONER OF CORRECTION

The petitioner Jonathan Medley's petition for certification for appeal from the Appellate Court, 35 Conn. App. 374 (AC 12858), is granted, limited to the following issue:

"Whether, under the circumstances of this case, the trial court violated Practice Book § 698 by failing to apprise the petitioner that he could withdraw his plea?"

The Supreme Court docket number is SC 15086.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided October 13, 1994

STATE OF CONNECTICUT *v.* MICHAEL A. PATTERSON

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 405 (AC 11399), is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Nancy L. Gillespie,* deputy assistant state's attorney, in opposition.

Decided October 13, 1994

EUGENE WRINN *v.* STATE OF CONNECTICUT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 464 (AC 12415), is granted, limited to the following issues: